Dismissed and Memorandum Opinion filed May 20, 2004









Dismissed and Memorandum Opinion filed May 20, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00160-CV

____________

 

ROBERT G.
WILEY, M.D., Appellant

 

V.

 

PHYSICIANS
RESOURCE GROUP, Appellee

 



 

On Appeal from the
281st District Court

Harris County, Texas

Trial Court Cause
No. 03-33388

 



 

M E M O R A N D U M   O P I N I O N

This is a restricted appeal from a default judgment signed
September 29, 2003.  On March 25, 2004,
this court ordered the parties to mediation. 
On May 17, 2004, the parties filed an agreed motion to dismiss the
appeal because the case has been settled. 
See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed May 20, 2004.

Panel consists of Chief Justice
Hedges and Justices Frost and Guzman.